NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTHEW J. NASUTI,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3136

---

Petition for review of the Merit Systems Protection Board in case no. DC0752120370-I-1.

---

## ON MOTION

---

## ORDER

Upon review of the court's August 23, 2012 order,

IT IS FURTHER ORDERED THAT:

The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

AUG 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Nasuti
Michael D. Austin, Esq.
Jeffrey Gauger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK